ALIBRANY0001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK, UTICA DIVISION

IN RE: LISA A ALIBRANDI            :    CHAPTER: 7
                                   :
                                   :
                                   :    BANKRUPTCY NO: 04-63298-SDG

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1.  This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditors listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2.  The address to which all such notices should be sent appears below.

   3.  The address below should be substituted for that of the creditor named below.

                        Arrow Financial Services LLC
                        Becket and Lee LLP, Attorneys/Agent
                        c/o Becket and Lee, LLP
                        P.O. Box 3001
                        Malvern, PA 19355-0701


                   By:  /s/Thomas A. Lee III
                        _____
                        Thomas A. Lee III



                        (610) 644-7800
                   Date: July 21, 2004

PET: 05/10/2004


ARW